# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| JUSTIN JONES, Register No. 1028155, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-4036-CV-C-SOW |
| ) | |
| JEFF KOCH, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On April 21, 2006, the United States Magistrate Judge recommended that plaintiff's motion for transfer be denied, without prejudice. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Magistrate Judge's April 21, 2006 Report and Recommendation is adopted [13]. It is further

ORDERED that plaintiff's motion for transfer is denied, without prejudice [7].

/s/Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Dated: May 23, 2006